IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAUSHANAH MUHAMMAD, on behalf of J.S., a Minor Child | : : : | CIVIL ACTION |
| v. | : : | |
| ABINGTON TOWNSHIP POLICE DEPARTMENT, et al. | : : | NO. 13-716 |

### ORDER

**AND NOW,** this 1st day of August, 2014, upon consideration of Defendants' Motion for Summary Judgment (Doc. 26), Plaintiff's Response (Doc. 31), Defendants' Reply (Doc. 32), and the supplemental briefing requested by the Court (Docs. 38-40), and having held oral argument on the motion, it is hereby **ORDERED** that the Motion (Doc. 26) is **GRANTED.** An appropriate judgment order will follow.

It is further **ORDERED** that, as the claims against John Does 1-5 were withdrawn at oral argument, *see* Transcript of Oral Argument held March 10, 2014 at p. 11-12, Defendants John Does 1-5 are hereby **DISMISSED** from the suit.

It is further **ORDERED** that Defendants' Motion in Limine (Doc. 35) is hereby **DISMISSED** as moot.

BY THE COURT:

/s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE